UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| James Ruff,<br><br>                       Plaintiff,<br>v.<br><br>IC System, Inc.; and DOES 1-10, inclusive,<br><br>                       Defendant. | Civil Action No.: 1:10-cv-01181-RDB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 6, 2010

                                        Respectfully submitted,
                                        By /s/ Forrest E. Mays
                                        Forrest E. Mays (Bar No. 07510)
                                        2341 N Forrest Drive, Suite 90
                                        Annapolis, MD 21403
                                        Telephone: (410) 267-6297
                                        Facsimile: (410) 267-6234
                                        Email: mayslaw@mac.com

                                        <u>Of Counsel To</u>
                                        LEMBERG & ASSOCIATES L.L.C.
                                        A Connecticut Law Firm
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (877) 795-3666
                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays

Forrest E. Mays